UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED

DOCKET NO.: 03-10103-RGS CE

************************************
A DAWN LESSOR and                    *
ROBERT LESSOR,                       *
    Plaintiffs,                      *
                                     *
                                     *
v.                                   *
                                     *
                                     *
BOWL-O-MAT, INC.,                    *
    Defendant.                       *
************************************

2004 JAN 16  A 11: 13

U.S. DISTRICT COURT
DISTRICT OF MASS.

### DEFENDANT BOWL-O-MAT, INC.'S MOTION TO COMPEL PLAINTIFFS' ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

The Defendant, Bowl-O-Mat, Inc., now moves, pursuant to Fed. R. Civ. P. 37(a),

that this Honorable Court order the Plaintiffs, A. Dawn Lessor and Robert Lessor, to

respond to Bowl-O-Mat, Inc.'s Interrogatories and Requests for Production of

Documents, and to produce the documents requested therein.

In support of this motion, Bowl-O-Mat, Inc. submits the attached Memorandum.

WHEREFORE, for the foregoing reasons, the Defendant, Bowl-O-Mat, Inc., requests that
this motion be ALLOWED.

The Defendant,
By its Attorneys,

Scott J. Tucker – BBO 503940
William P. McGovern, Jr. – BBO 656188
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

1

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 37.1

I, William P. McGovern, Jr., hereby certify that the provisions of Local Rule 37.1 have been complied with.

_____
William P. McGovern, Jr.

## CERTIFICATE OF SERVICE

I, William P. McGovern, Jr., hereby certify that on January 15, 2004 by first class mail, postage prepaid, I served a copy of the following pleading:

DEFENDANT BOWL-O-MAT, INC.'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

upon the following counsel of record:

Stephen D. Walsh
19 Cherry Street
Danvers, MA 01923

_____
William P. McGovern, Jr.