UNITED STATES DISTRICT COURT    FILED
DISTRICT OF MASSACHUSETTS  CLERKS OFFICE

DOCKET NO.: 03-10103-RGS

U.S. DISTRICT COURT
DISTRICT OF MASS.

```
**************************************
A DAWN LESSOR and             *
ROBERT LESSOR,                *
       Plaintiffs,            *
                              *
v.                            *
                              *
BOWL-O-MAT, INC.,             *
       Defendant.             *
**************************************
```

## MEMORANDUM IN SUPPORT OF DEFENDANT BOWL-O-MAT, INC.'S MOTION TO COMPEL PLAINTIFF'S ANSWERS TO INTERROGATORIES AND RESPONSES TO REQUESTS FOR PRODUCTION OF DOCUMENTS

Defendant, Bowl-O-Mat, Inc., in support of its Motion to Compel, states as follows:

1. Bowl-O-Mat, Inc. served Interrogatories and Requests for Production of Documents on the Plaintiffs, A. Dawn Lessor and Robert Lessor on or about July 17, 2003. (*See* Interrogatories, Exhibit "A"; *see* Requests for Production of Documents, Exhibit "B".)

2. On October 28, 2003, counsel for Bowl-O-Mat, Inc. requested the Plaintiffs' counsel to contact him regarding the status of the Plaintiffs' responses to Bowl-O-Mat, Inc.'s discovery requests, in accordance with LR 37.1. (*See* letter, Exhibit "C".)

3. On or about October 31, 2003, counsel for the Plaintiffs advised that the Plaintiffs' discovery responses would be provided on or before November 10, 2003. This representation was memorialized in the Joint Report Regarding Settlement Status, filed in the record on or about October 31, 2003. (*See* Joint Report Regarding Settlement Status, Exhibit "D".)

4. As of January 15, 2004, the Plaintiffs have failed to respond to Bowl-O-Mat, Inc.'s discovery requests.

3

WHEREFORE, for the foregoing reasons, the Defendant, Bowl-O-Mat, Inc., requests that this motion be ALLOWED.

The Defendant,
By its Attorneys,

Scott J. Tucker – BBO 503940
William P. McGovern, Jr. – BBO 656188
Tucker, Heifetz & Saltzman, LLP
Three School Street
Boston, MA 02108
(617) 557-9696

4